UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| KRYSTA MANSELL, | ) |
| | ) Civil Action No. 7:19-cv-00154-DC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE BANK (USA), N.A., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Capital One Bank (USA), N.A. ("Capital One") makes the following disclosures under Fed. R. Civ. P. 7.1:

Capital One Bank (USA), N.A. is a wholly-owned subsidiary of Capital One Financial Corporation. No other publicly held corporation owns 10% or more of Capital One Bank (USA), N.A.'s corporate stock. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Dated: July 18, 2019

Respectfully submitted,

/s/ *Holly Ann Priest*
Holly Ann Priest
NV Bar 13226
priesth@ballardspahr.com
BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2658

*Counsel for Defendant Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2019, a true and correct copy of the above and foregoing **CAPITAL ONE BANK (USA), N.A.'S DISCLOSURE STATEMENT** was e-served and served on the following via the CM/ECF system:

Dorothy K. Lawrence
28515 Ranch Road 12,
Dripping Springs, Texas 78620
(512) 699-5632
(512) 369-3535 (fax)
dorothy@dorothybutlerlawfirm.com

Carlos C. Alsina
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
CarlosA@jlohman.com

*Attorneys for Plaintiff*

/s/ C. Wells _____